UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA

v.

RITA KUPERADZE,

Defendant.

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

00 Cr. 162 (AKH)

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case in addition to Assistant United States Attorney David B. Massey and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
  Southern District of New York

by:  _____/s/_____
     Daniel S. Goldman
     Assistant United States Attorney
     (212) 637-2289

TO:   Roberto Finzi (Via ECF)